UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) ) ) | **JUDGMENT** No. 7:10-CV-152-FL |
| ELIZABETH A. PARKER, | ) ) | |
| Defendant. | ) ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the parties' proposed Consent Order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 12, 2010, that judgment is hereby entered against Elizabeth A. Parker, in the amount of $27,516.00, plus postjudgment interest at the rate of .27%, and future costs.

**This Judgment Filed and Entered on September 20, 2010, and Copies To:**

S. Katherine Burnette (via CM/ECF Notice of Electronic Filing)
Elizabeth A. Parker (via U.S. Mail), 22017 NC 50, Holly Ridge, NC 28445-8507


September 20, 2010         DENNIS P. IAVARONE, CLERK
                             /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk